```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                    Case No. 08-cr-17-PB

**Willy Valentin**


**O R D E R**

The defendant, through counsel, has moved to continue the July 8, 2008 trial in the above case, citing a conflict with the scheduled trial date and the need for additional time to prepare a defense.  The government does not object to a continuance of the trial.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 8, 2008 to November 4, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The court will hold a final pretrial conference on October 20, 2008 at 4:00 p.m.

    SO ORDERED.

                                           /s/Paul Barbadoro
                                         Paul Barbadoro
                                         United States District Judge

June 19, 2008

cc:   James D. Gleason, Esq.
      Debra M. Walsh, AUSA
      United States Probation
      United States Marshal